# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON ) | |
| ) | |
| AND ) | |
| ) | |
| JONATHAN KATZ, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Case No. 3:22-CV-42 |
| ) | |
| LIANA ARIAS DE VELASCO GUALLART ) | |
| ) | |
| AND ) | |
| ) | |
| CHRISTOPHER TSCHAPPATT, ) | |
| ) | |
| Defendants. ) | |

## **STIPULATION**

The parties, by counsel, and pursuant to this Court's Pre-trial Order, ECF No. 23, submit this stipulation that Defendant, Christopher Tschappatt's Motion to Dismiss, ECF No. 19, is appropriate for decision without oral argument. The parties have each submitted a brief in support of their respective positions on the motion and request the Court decide the motion on the papers, only.

LIANA ARIAS DE VELASCO GUALLART
and CHRISTOPHER TSCHAPPATT

_____/s/ *Alicha M. Grubb*_____

        Kevin W. Holt (VSB No. 42866)
        Alicha M. Grubb (VSB No. 90761)
        GENTRY LOCKE
        10 Franklin Road S.E., Suite 900
        Roanoke, Virginia 24011
        (540) 983-9300
        Fax:  (540) 983-9400
        holt@gentrylocke.com
        grubb@gentrylocke.com
        *Counsel for the Defendants*


CLAIRE PAYTON AND JONATHAN KATZ

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski
Admitted *Pro Hac Vice*
WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201-1123
Telephone: (347) 913-3311
Facsimile: (347) 467-7237
joe@wardenskilaw.com

V. Kathleen Dougherty
Virginia State Bar Number: 77294
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone: (757) 640-3840
Facsimile: (757) 640-3940
vkdougherty@mcguirewoods.com

*Counsel for Plaintiffs*