UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON and JONATHAN KATZ, <br><br> Plaintiffs, <br><br> v. <br><br> LIANA ARIAS DE VELASCO GUALLART and CHRISTOPHER TSCHAPPATT, <br><br> Defendants. | Case No. 3:22-cv-00042-NKM |

**JOINT RULE 26(f) REPORT**

Under Federal Rule of Civil Procedure 26(f), Plaintiffs Claire Payton and Jonathan Katz ("Plaintiffs") and Defendants Liana Arias de Velasco Guallart and Christopher Tschappatt ("Defendants") (collectively, the "Parties") respectfully submit the following Joint 26(f) Report.

**I.     RULE 26(f) CONFERENCE**

Counsel for the Parties held a Rule 26(f) conference by video-teleconference on February 1, 2023. The conference was attended by: (1) Joseph Wardenski, Wardenski P.C., and V. Kathleen Dougherty, McGuireWoods LLP, for Plaintiffs, and (2) Alicha Grubb, Gentry Locke, for Defendants.

**II.    DISCOVERY PLAN**

The Parties agree to modify the deadlines contained in the Court's February 6, 2023, Pretrial Order, ECF No. 23, as set forth in the table below. In addition, the Parties agree that a mediation before the Magistrate Judge prior to the dispositive motion deadline may be helpful.

At this time, Defendant Tschappatt's Motion to Dismiss, ECF No. 19, remains pending. The Parties agree that discovery may proceed prior to the Court's decision on that motion.

|  | **Pretrial Order Deadline** | **Agreed Modified Deadline** |
|---|---|---|
| Rule 26(f) Conference | 2/20/2023 | Held on 2/1/2023 |
| Rule 26(a) Initial Disclosures | 30 days from pretrial order (3/8/2023) | 2/28/2023 |
| Plaintiffs' Expert Disclosures | 75 days from pretrial order (4/24/2023) | n/a |
| Defendants' Expert Disclosures | 90 days from pretrial order (5/8/2023) | n/a |
| Discovery cutoff date | 90 days before trial (6/22/2023) | 5/8/2023 |
| Deadline to file dispositive motions | 75 days before trial (7/7/2023) | 5/23/2023 |
| Opposition brief deadline | 14 days after opening brief | 6/13/2023 |
| Reply brief deadline | 7 days after opposition briefs | 6/20/2023 |
| Dispositive motion hearing deadline | 45 days before trial (i.e., on or before 8/4/2023) | 7/20/2023 |
| Trial Date | 9/20/2023 – 9/21/2023 | No change |

A. **Initial Disclosures**

The Parties will exchange initial disclosures under Rule 26(a)(1) on or before February 28, 2023.

B. **Discovery**

1. **Subjects on Which Discovery May Be Needed**

   a. *Fact Discovery*

The Parties anticipate that fact discovery on the following topics may be needed:

- All facts related to Plaintiffs' lease and tenancy at 503 Commerce Street in Charlottesville, Virginia (the "Property"), including the circumstances surrounding the nonrenewal of Plaintiffs' lease and termination of their tenancy, and all related communications;

- Defendants' knowledge of federal, state, and local fair housing laws;

- Defendants' policies and practices related to renting apartments to families with children;

2

- Defendants' income, assets, and any insurance coverage that may be available to satisfy a judgment in this case;
- Plaintiffs' damages; and
- All other facts related to Plaintiffs' claims and Defendants' defenses.

    b. *Expert Discovery*

The Parties agree that expert discovery will not be necessary in this case.

**2. Discovery Period**

The Parties agree to complete discovery by May 8, 2023. The Parties do not anticipate making expert witness disclosures. The Parties agree that discovery does not need to be conducted in phases or be limited to or focused on particular issues.

**C. Electronically Stored Information**

The Parties agree to preserve, disclose, and produce all potentially relevant electronically stored information, including text messages, emails, word processing documents, spreadsheets, Portable Document Format (PDF) files, digital advertisements, and other electronically-stored information and documents. The Parties agree that ESI may be produced in text-searchable, Bates-stamped PDFs, but further agree to produce native format files upon request by the other party.

**D. Claims of Privilege or Protection as Trial-Preparation Materials**

The Parties do not anticipate any issues about claims of privilege or of protection as trial-preparation materials, and agree that any issues regarding inadvertent disclosure of privileged documents or attorney work product shall be governed by Federal Rule of Evidence 502.

E.  **Limitations on Discovery**

The Parties do not request any changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules of this Court.

F.  **Other Orders**

At this time, the Parties do not request that the Court issue any other orders under Rule 26(c) or under Rule 16(b) and (c).

DATED: February 15, 2023

Respectfully submitted,

| FOR PLAINTIFFS CLAIRE PAYTON AND JONATHAN KATZ: | FOR DEFENDANTS LIANA ARIAS DE VELASCO GUALLART AND CHRISTOPHER TSCHAPPATT: |
|---|---|
| */s/ Joseph J. Wardenski* <br> Joseph J. Wardenski <br> Admitted *Pro Hac Vice* <br> WARDENSKI P.C. <br> 195 Plymouth Street, Suite 519 <br> Brooklyn, NY 11201-1123 <br> Telephone: (347) 913-3311 <br> Facsimile: (347) 467-7237 <br> joe@wardenskilaw.com <br><br> V. Kathleen Dougherty <br> Virginia State Bar Number: 77294 <br> MCGUIREWOODS LLP <br> 101 West Main Street, Suite 9000 <br> Norfolk, VA 23510-1655 <br> Telephone: (757) 640-3840 <br> Facsimile: (757) 640-3940 <br> vkdougherty@mcguirewoods.com <br><br> *Counsel for Plaintiffs* | */s/ Alicha M. Grubb* <br> Kevin W. Holt (VSB No. 42866) <br> Alicha M. Grubb (VSB No. 90761) <br> GENTRY LOCKE <br> 10 Franklin Road S.E., Suite 900 <br> Roanoke, Virginia 24011 <br> (540) 983-9300 <br> Fax:  (540) 983-9400 <br> holt@gentrylocke.com <br> grubb@gentrylocke.com <br><br> *Counsel for the Defendants* |

4

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February, 2023, I filed the foregoing Joint Rule 26(f) Report and served it on all counsel of record using the Court's CM/ECF system.

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski