IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| Claire Payton, et al., | ) | Civil Action No. 3:22-cv-00042 |
|     Plaintiffs | ) | |
| | ) | <u>AMENDED ORDER</u> |
| v. | ) | |
| | ) | By:   Joel C. Hoppe |
| Liana Arias de Velasco Guallart, et al., | ) |         United States Magistrate Judge |
|     Defendants. | ) | |

This matter is before the Court on the parties' Joint Rule 26(f) Report ("Report"). ECF No. 27. The Court hereby ADOPTS the proposed deadline modifications in the Report and MODIFIES the Pretrial Order, ECF No. 23, as follows:

| | |
|---|---|
| Rule 26(f) Conference | February 1, 2023 |
| Rule 26(a) Initial Disclosures | February 28, 2023 |
| Plaintiffs' Initial Expert Disclosures | n/a |
| Defendants' Initial Expert Disclosures | n/a |
| Deadline to Complete Discovery | May 8, 2023 |
| Deadline to File Dispositive Motions | May 23, 2023 |
| Deadline to File Opposition Brief | June 13, 2023 |
| Deadline to File Reply Brief | June 20, 2023 |
| Deadline for Hearing Dispositive Motions | July 20, 2023 (to be set by Clerk) |

All other terms and deadlines in the Pretrial Order remain unchanged and in effect.

It is so ORDERED.

ENTER: February 16, 2023

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge

1