UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON AND JONATHAN KATZ<br><br>　　　　　　　　　*Plaintiffs*,<br>　　v.<br><br>LIANA ARIAS DE VELASCO GUALLART AND CHRISTOPHER TSCHAPATT,<br><br>　　　　　　　　　*Defendants*. | CASE NO. 3:22-cv-00042<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

　　This matter is before the Court on Defendant Christopher Tschappatt's Motion to Dismiss, Dkt. 19. For the reasons provided in the accompanying opinion, this motion is DENIED.

　　The Clerk of the Court is hereby directed to send this Order to all counsel of record.

　　Entered this  17th  day of February, 2023.

　　　　　　　　　　　　　　　　　　*/s/ Norman K. Moon*
　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE