UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON <br><br> AND <br><br> JONATHAN KATZ, <br><br>   Plaintiffs <br><br> v. <br><br> LIANA ARIAS DE VELASCO GUALLART <br><br> AND <br><br> CHRISTOPHER TSCHAPPATT, <br><br>   Defendants. | Case No. 3:22-CV-42 |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on this 28th day of February, 2023, the defendants' Initial Disclosures pursuant to Rule 26(a)(1) were sent by electronic and first class mail to the following:

Joseph J. Wardenski, Esq.
WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201-1123
Telephone: (347) 913-3311
Facsimile: (347) 467-7237
joe@wardenskilaw.com

V. Kathleen Dougherty , Esq.
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone: (757) 640-3840
Facsimile: (757) 640-3940
vkdougherty@mcguirewoods.com

27288/1/11000224v1

Respectfully submitted this 28th day of February, 2022.

LIANA ARIAS DE VELASCO GUALLART
and CHRISTOPHER TSCHAPPATT

_____/s/ *Alicha M. Grubb*_____
Kevin W. Holt (VSB No. 42866)
Alicha M. Grubb (VSB No. 90761)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, Virginia 24011
(540) 983-9300
Fax:  (540) 983-9400
holt@gentrylocke.com
grubb@gentrylocke.com

*Counsel for the Defendants*
