UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON ) <br> ) <br> AND ) <br> ) <br> JONATHAN KATZ, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> LIANA ARIAS DE VELASCO GUALLART ) <br> ) <br> AND ) <br> ) <br> CHRISTOPHER TSCHAPPATT, ) <br> ) <br> Defendants. ) | Case No. 3:22-CV-42 |

**MOTION FOR LEAVE TO FILE AMENDED ANSWER**

Defendants, Liana Arias De Velasco Guallart ("Ms. Arias") and Christopher Tschappatt ("Ms. Arias and Mr. Tschappatt") file this Motion for Leave to File Amended Answer in response to the Plaintiffs' Complaint, and in support thereof as follows:

1. Ms. Arias filed an Answer in response to Plaintiffs' Complaint.

2. Mr. Tschappatt filed a Motion to Dismiss, which this Court denied.

3. Mr. Tschappatt wishes to join in the Answer filed by Ms. Arias.

4. To that end, defendants request leave to file an Amended Answer, which is enclosed as Exhibit A.

5. Plaintiffs are not prejudiced by the Amended Answer and do not object.

WHEREFORE for the reasons stated above, Defendants respectfully request the Court enter an order, granting Defendants leave to amend and adopting the enclosed Amended Answer as filed.

27288/1/11049778v1

LIANA ARIAS DE VELASCO GUALLART
and CHRISTOPHER TSCHAPPATT

      /s/ *Alicha M. Grubb*
Kevin W. Holt (VSB No. 42866)
Alicha M. Grubb (VSB No. 90761)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, Virginia 24011
(540) 983-9300
Fax: (540) 983-9400
holt@gentrylocke.com
grubb@gentrylocke.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21th day of March, 2023, I caused a true and correct copy of the foregoing to be filed and served using the Court's CM/ECF system, with electronic notification of such filing to all counsel of record.

/s/ *Alicha M. Grubb*

27288/1/11049778v1