# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON and JONATHAN KATZ,<br><br>       Plaintiffs,<br><br>       v.<br><br>LIANA ARIAS DE VELASCO GUALLART and CHRISTOPHER TSCHAPPATT,<br><br>       Defendants. | Case No. 3:22-cv-00042-NKM |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs Claire Payton and Jonathan Katz ("Plaintiffs") and Defendants Liana Arias de Velasco Guallart and Christopher Tschappatt ("Defendants") (collectively, the "Parties") jointly move the Court to amend the Amended Scheduling Order, ECF No. 28, by extending certain deadlines as set forth below. The modified deadlines correspond to the default deadlines contained in the Pretrial Order, ECF No. 23, and are based on the scheduled trial date of September 20, 2023. The Parties agree that these modifications are needed to accommodate the Parties' availability for depositions. The Parties do not seek to move the trial date.

The Parties request that the Amended Scheduling Order be modified as follows:

- Extend the deadline to complete discovery from May 8, 2023, to June 22, 2023 (90 days before trial date);

- Extend the deadline to file dispositive motions from May 23, 2023, to July 7, 2023 (75 days before trial date); and

- Extend the deadline to file opposition briefs from June 13, 2023, to July 21, 2023;

- Extend the deadline to file reply briefs from June 20, 2023, to July 28, 2023; and

- Extend the deadline for hearing dispositive motions from July 20, 2023, to August 4, 2023 (45 days before trial date) (to be set by Clerk).

The Parties respectfully request that the Court grant this motion and enter the attached Proposed Order.


DATED: March 22, 2023


Respectfully submitted,

| FOR PLAINTIFFS CLAIRE PAYTON AND JONATHAN KATZ: | FOR DEFENDANTS LIANA ARIAS DE VELASCO GUALLART AND CHRISTOPHER TSCHAPPATT: |
|---|---|
| */s/ Joseph J. Wardenski* <br> Joseph J. Wardenski <br> Admitted *Pro Hac Vice* <br> WARDENSKI P.C. <br> 195 Plymouth Street, Suite 519 <br> Brooklyn, NY 11201-1123 <br> Telephone: (347) 913-3311 <br> Facsimile: (347) 467-7237 <br> joe@wardenskilaw.com <br><br> V. Kathleen Dougherty <br> Virginia State Bar Number: 77294 <br> MCGUIREWOODS LLP <br> 101 West Main Street, Suite 9000 <br> Norfolk, VA 23510-1655 <br> Telephone: (757) 640-3840 <br> Facsimile: (757) 640-3940 <br> vkdougherty@mcguirewoods.com <br><br> *Counsel for Plaintiffs* | */s/ Alicha M. Grubb* <br> Kevin W. Holt (VSB No. 42866) <br> Alicha M. Grubb (VSB No. 90761) <br> GENTRY LOCKE <br> 10 Franklin Road S.E., Suite 900 <br> Roanoke, Virginia 24011 <br> (540) 983-9300 <br> Fax: (540) 983-9400 <br> holt@gentrylocke.com <br> grubb@gentrylocke.com <br><br> *Counsel for the Defendants* |

## CERTIFICATE OF SERVICE

I certify that on March 22, 2023, I filed the foregoing Joint Motion to Amend Scheduling Order and electronically served a copy of same on all counsel of record using the Court's CM/ECF electronic filing system.

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski
