# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON and JONATHAN KATZ,<br><br>            Plaintiffs,<br><br>  v.<br><br>LIANA ARIAS DE VELASCO GUALLART and CHRISTOPHER TSCHAPPATT,<br><br>            Defendants. | Case No. 3:22-cv-00042-NKM<br><br>**[PROPOSED] ORDER** |

      This matter is before the Court on the parties' Joint Motion to Amend the Scheduling Order ("Joint Motion"). Upon consideration and for good cause shown, the Court hereby ADOPTS the proposed deadline modifications in the Joint Motion and MODIFIES the Pretrial Order, ECF No. 23, and Amended Order, ECF No. 28, as follows:

      The deadline to complete discovery is extended from May 8, 2023, to June 22, 2023;

      The deadline to file dispositive motions is extended from May 23, 2023, to July 7, 2023;

      The deadline to file opposition briefs is extended from June 13, 2023, to July 21, 2023;

      The deadline to file reply briefs is extended from June 20, 2023, to July 28, 2023; and

      The deadline for hearing dispositive motions is extended from July 20, 2023, to August 4, 2023 (to be set by Clerk).

      All other terms and deadlines in the Pretrial Order and Amended Order remain unchanged and in effect.

      It is so ORDERED.

                                                                                  ENTERED:

                                                                                   By: