# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON and JONATHAN KATZ, <br><br> Plaintiffs, <br><br> v. <br><br> LIANA ARIAS DE VELASCO GUALLART and CHRISTOPHER TSCHAPPATT, <br><br> Defendants. | Case No. 3:22-cv-00042-NKM |

## PROPOSED ORDER

On March 21, 2023, the defendants, by counsel, moved this court for leave to amend the Answer filed by Defendant Arias in this matter (ECF No. 33). Upon the representations of counsel and the agreement of the parties, the Court GRANTS Defendants Motion for Leave to Amend Answer and ORDERS that the Amended Answer filed as Exhibit A to the Motion (ECF No. 33-A) be deemed filed as of the date of this Order.

The Clerk of the Court is hereby directed to send this Order to all counsel of record

Entered this _____ day of March, 2023

_____
Norman K. Moon
Senior  United States District Judge

WE ASK FOR THIS:

*/s/ Alicha M. Grubb*
Kevin W. Holt (VSB No. 42866)
Alicha M. Grubb (VSB No. 90761)
GENTRY LOCKE
10 Franklin Road S.E., Suite 900
Roanoke, Virginia 24011
(540) 983-9300
Fax: (540) 983-9400
holt@gentrylocke.com
grubb@gentrylocke.com

*Counsel for the Defendants*

SEEN and AGREED:

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski
Admitted *Pro Hac Vice*
WARDENSKI P.C.
195 Plymouth Street, Suite 519
Brooklyn, NY 11201-1123
Telephone: (347) 913-3311
Facsimile: (347) 467-7237
joe@wardenskilaw.com

V. Kathleen Dougherty
Virginia State Bar Number: 77294
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510-1655
Telephone: (757) 640-3840
Facsimile: (757) 640-3940
vkdougherty@mcguirewoods.com

*Counsel for Plaintiffs*