UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON AND JONATHAN KATZ<br><br>        *Plaintiffs*,<br>v.<br><br>LIANA ARIAS DE VELASCO GUALLART AND CHRISTOPHER TSCHAPATT,<br><br>        *Defendants*. | CASE NO. 3:22-cv-00042<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court has received notice of the parties' joint request for referral of this matter to mediation. The Court encourages alternative dispute resolution, specifically mediation, and W.D. Va. Local Rule 83(b) provides that "upon joint motion of all parties, the Court shall refer the case for alternative dispute resolution in the form requested by the parties, unless that form is prohibited by statute."

Upon the request of the parties and pursuant to 28 U.S.C. § 636(b)(3) and Rule 16(a)(5) of the Federal Rules of Civil Procedure, this matter is hereby **REFERRED** for mediation with United States Magistrate Judge Joel C. Hoppe. The parties are **ORDERED** to appear before Judge Hoppe and are directed to contact his chambers to schedule a conference, to the extent they have not already done so.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this  25th   day of April, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2