UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CLAIRE PAYTON and JONATHAN KATZ, <br><br> Plaintiffs, <br><br> v. <br><br> LIANA ARIAS DE VELASCO GUALLART and CHRISTOPHER TSCHAPPATT, <br><br> Defendants. | Case No. 3:22-cv-00042-NKM-JCH |

**JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

Plaintiffs Claire Payton and Jonathan Katz ("Plaintiffs"), and Defendants Liana Arias de Velasco Guallart and Christopher Tschappatt ("Defendants") (collectively, the "Parties"), notify the Court that they have reached a settlement in the above-captioned case. The Parties stipulate to the dismissal of this action, with prejudice, under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties further stipulate that each party shall bear its own fees and costs.

DATED: May 31, 2023                                             Respectfully submitted,

*/s/ Joseph J. Wardenski*                                       */s/ Kevin W. Holt*
Joseph J. Wardenski (admitted *pro hac vice*)                   Kevin W. Holt (VSB No. 42866)
WARDENSKI P.C.                                                  Alicha M. Grubb (VSB No. 90761)
195 Plymouth Street, Suite 519                                  GENTRY LOCKE
Brooklyn, NY 11201-1123                                         10 Franklin Road S.E., Suite 900
Telephone: (347) 913-3311                                       Roanoke, Virginia 24011
Facsimile: (347) 467-7237                                       (540) 983-9300
joe@wardenskilaw.com                                            Fax: (540) 983-9400
                                                                holt@gentrylocke.com
V. Kathleen Dougherty (VSB No. 77294)                           grubb@gentrylocke.com
MCGUIREWOODS LLP
101 West Main Street, Suite 9000                                *Counsel for Defendants*
Norfolk, VA 23510-1655
Telephone: (757) 640-3840
Facsimile: (757) 640-3940
vkdougherty@mcguirewoods.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on May 31, 2023, I filed the foregoing Joint Notice of Settlement and Stipulation of Dismissal and electronically served a copy of same on all counsel of record using the Court's CM/ECF system.

*/s/ Joseph J. Wardenski*
Joseph J. Wardenski
